JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME JAMES MYART, | ) Case No. EDCV 11-0043-GAF (DTB) |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| LVN FONTILEA, et al., | ) |
| Defendants. | ) |

In accordance with the Order re Dismissal of Action for Failure to Prosecute filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for failure to prosecute.

DATED: August 25, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1